GOLDSTEIN, HORNER & HORNER, ATTORNEYS
H. Lee Horner Jr.   ASB #022791
P. O. Box 2665
CORTARO, AZ 85652
520-979-5176
FAX 520-744-5073

Attorneys for Debtor and Plaintiff

**steinway@azbar.org**

THIS ORDER IS APPROVED.

Dated: March 5, 2012

James M. Marlar, Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

In Re:

Jesus Padilla                                    Chapter 11 Proceedings

                                      CASE NO.  4:11-bk-34514-JMM
      DEBTOR
_____|

**ORDER CONVERTING CASE TO CHAPTER 11**

The DEBTOR having filed an application to convert from Chapter 7 to Chapter 11 proceedings, the debtor appearing eligible for conversion and good cause appearing, IT IS ORDERED that this case be and the same is hereby CONVERTED to Chapter 11 proceedings with the debtor acting as the debtor in possession.  IT IS FURTHER ORDERED that the debtor shall pay the filing fee due on conversion within two court days from the date of entry of this order.

1

Case 4:11-bk-34514-BMW    Doc 32    Filed 03/05/12    Entered 03/05/12 16:00:36    Desc
Main Document - Motion to Convert Case to Chapter 11    Page 1 of 1